UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BEATRICE DUPLESSIS AND PHILLIP MAJORS | CIVIL ACTION |
| VERSUS | NO. 07-9358 |
| ALLSTATE INSURANCE COMPANY<br>AND LOUISIANA CITIZENS FAIR PLAN | SECTION "N" (4) |

## **O R D E R**

Local Rule 7.5E of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed <u>and</u> that a copy be provided to the hearing judge eight days prior to the date set for hearing of the motion. No memorandum in opposition to the following motion set for hearing on Wednesday, November 19, 2008, has been filed to date:

**MOTION FOR JUDGMENT ON THE PLEADINGS (Rec. Doc. No. 14)
filed by Defendant Louisiana Citizens Fair Plan**

Accordingly, given that the motion is unopposed, **IT IS ORDERED** that the motion is hereby **GRANTED,** and that Plaintiffs' claims against Defendant Louisiana Citizens Fair Plan are **DISMISSED WITH PREJUDICE**.

A motion for reconsideration of this Order, if any, must be filed within ten (10) days of the date this Order is entered by the Clerk of Court. The motion must be accompanied by opposition memorandum to the original motion. Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in

connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration. *See* FED. R. CIV. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 29th day of January 2009.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE